**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**MELISSA WELCH**                                                                 **PLAINTIFF**

**V.**                                                             **NO. 1:17-CV-67-DMB-DAS**

**WAL-MART STORES, INC.; et al.**                                                  **DEFENDANTS**

## ORDER REMANDING CASE

On May 12, 2017, Melissa Welch filed a motion to remand this case to the Circuit Court of Lee County, Mississippi. Doc. #5. On May 19, 2017, Wal-Mart Stores, Inc., the only non-fictitious defendant in this action, responded to the motion, stating that Wal-Mart does not oppose remand. Doc. #7. Accordingly, the motion to remand [5] is **GRANTED**. This action is **REMANDED** to the Circuit Court of Lee County.

**SO ORDERED**, this 3rd day of October, 2017.

>  /s/Debra M. Brown
>  **UNITED STATES DISTRICT JUDGE**